UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

March 15, 2007

**Jermaine A. Pope**
172 Misty Ridge Trail
Stockbridge, GA 30281

RE:   Chapter:  13 Payment of Filing Fees
      Case No.: 05–95535–pwb

Dear  Jermaine A. Pope ,

   A review of the Court's financial records disclosed that there is an outstanding filing fee for the bankruptcy case filed by you on August 29, 2005 . Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

   Please remit the outstanding balance by way of a money order or cashiers check. The payee on the money order or cashiers check is: **Clerk, U.S. Bankruptcy Court** . Do not send cash through the mail, but you may mail a money order or cashiers check to the Clerk. However, you may pay cash if you elect to appear in person at the Clerk's Office. Failure to pay filing fees results in additional collection proceedings. **Please return payment to:**

U.S. Bankruptcy Court
ATTN: Lynn Saunders
1340 U.S. Courthouse
75 Spring St, SW
Atlanta, Georgia 30303

   If you have questions, or require additional information, please contact Lynn Saunders at 404.215.1132.

Sincerely,

*W. Yvonne Evans*

W. Yvonne Evans
Clerk of Court
U.S. Bankruptcy Court

cc:  Office of the United States Trustee

Form nff